RECNC'220922AM1043MDG7-ATH

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA

v.

NO. 3:20-CR-00042-002(CAR)

**CHRISTINA HENDERSON**

## ORDER

On March 31, 2021, the above-named defendant was sentenced to 18 months custody followed by a two-year term of supervised release for the offense of Possession of Methamphetamine with Intent to Distribute, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). Henderson commenced the term of supervised release on January 13, 2022.

On May 5, 2022, a Petition for Warrant or Summons for Offender Under Supervision was filed, as it was alleged Henderson violated the terms of supervised release as outlined in the Petition.

For good and sufficient cause, it is now ordered that the Petition be dismissed and Henderson be released from the custody of the U.S. Marshals on September 26, 2022.

SO ORDERED this **22** day of **September**, 2022.

_____
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE

Prepared by: JAF